UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | C-19-2038 |
| MATTHEW JOHN SAYLES | § | |

## PROTECTIVE ORDER REGARDING DISCOVERY

Upon consideration of the Government's Motion for a Protective Order Regarding Discovery, it is hereby

ORDERED, ADJUDGED AND DECREED that (when the term "defendant" is used, said term encompasses an attorney for the defendant):

A. Discovery materials and all copies thereof shall be protected from unnecessary dissemination.

B. Such discovery materials provided by the United States shall be utilized by the defendant(s) solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding.

C. Such discovery materials and their contents, and any notes or other record of such materials or their contents, shall not be disclosed either directly or indirectly to any person or entity other than the defendant(s), defendant(s)' counsel, persons employed to assist in the defense, individuals who are interviewed as potential witnesses in the case, or such other persons as to whom the Court may authorize disclosure.

D. Such discovery materials shall not be copied or reproduced except as necessary to provide copies of the material for use by an authorized person as described above to

prepare or assist in the defense, and all such copies and reproductions will be treated in the same manner as the original matter.

E. Defendant's counsel shall not provide copies of any discovery documents to the defendant nor any other person.

F. Defendant's counsel shall inform the defendant of the provisions of the Protective Order, and direct him/her not to disclose or use any information contained in the government's discovery in violation of the Protective Order.

G. All discovery and all copies of same shall be returned to the United States Attorneys Office following disposition of the case.

H. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

Signed in Corpus Christi, Texas, on this the 31st day of January , 2020.


HONORABLE DAVID S. MORALES
UNITED STATES DISTRICT JUDGE